**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | | |
|---|---|---|
| TRDS 441 HECTOR ASSOCIATES, LP, | : | No. 490 MAL 2023 |
| | : | |
| Petitioner | : | |
| | : | Petition for Allowance of Appeal |
| | : | from the Order of the |
| v. | : | Commonwealth Court |
| | : | |
| | : | |
| CONSHOHOCKEN ZONING HEARING | : | |
| BOARD, | : | |
| | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

 **AND NOW**, this 11th day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.